# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JASON CHOY and MEGAN E. FOX,

      Plaintiffs,

v.                                                              Case No:   6:26-cv-475-CEM-LHP

SELF-HELP SERVICES
CORPORATION, HENDRICK
AUTOMOTIVE GROUP and
TRAVELERS INSURANCE AGENCY,

      Defendants

---

## ORDER
(And Direction to Clerk of Court)

This cause comes before the Court *sua sponte*.   On March 2, 2026, Plaintiffs Jason Choy and Megan E. Fox, proceeding *pro se*, collectively filed a Civil Complaint against the above-named Defendants.   Doc. No. 1.   Plaintiffs did not pay the filing fee upon initiating this action.   Instead, Plaintiff Jason Choy filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), which has been construed as a motion to proceed *in forma pauperis*.   *See* Doc. No. 2.   However, the other Plaintiff, Megan E. Fox, did not.

Accordingly, it is **ORDERED** that, within **twenty-one (21) days** of the date of this Order, Plaintiff Megan E. Fox must also move to proceed *in forma pauperis*, by filing a completed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) on her own behalf. Alternatively, **by this same deadline**, Plaintiffs must pay the filing fee in full. *See Daymon v. Putnam Cnty. Sheriff*, No. 3:25-cv-524-TJC-SJH, 2025 WL 1591683, at *1 (M.D. Fla. June 5, 2025) ("[T]hough only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed IFP, each plaintiff must qualify for IFP status." (citation and quotation marks omitted)).

The Clerk of Court is **DIRECTED** to mail a copy of the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) to Plaintiff Megan E. Fox, along with a copy of this Order, and shall also mail a copy of this Order to Jason Choy.[1]

**Failure to comply with this Order may result in sanctions, up to and including dismissal of the claims filed on behalf of Megan E. Fox, without further notice.** *See* **Fed. R. Civ. P. 16(f); Local Rule 3.10.**

---

[1] The Application to Proceed Without Prepayment of Costs (Long Form) is also available on the Court's website, https://www.flmd.uscourts.gov/, by selecting "For Litigants," and "Litigants Without Lawyers," and then selecting "Forms."

**DONE** and **ORDERED** in Orlando, Florida on March 5, 2026.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties