UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JASON CHOY and MEGAN E.
FOX,**

        **Plaintiffs,**

**v.**                                  **Case No. 6:26-cv-475-CEM-LHP**

**SELF-HELP SERVICES
CORPORATION, HENDRICK
AUTOMOTIVE GROUP, and
TRAVELERS INSURANCE
AGENCY,**

        **Defendants.**

                                      /

**ORDER**

THIS CAUSE is before the Court on review of the file. The United States

Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 10),

recommending that the case be dismissed without prejudice for improper venue, that

all pending matters be terminated as moot, and that the Clerk of Court be directed to

close the file.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of

Civil Procedure 72, and noting that no objections were timely filed, the Magistrate

Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 10) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice.**

3. All pending motions are **DENIED as moot**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 9, 2026



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties